■ YANIVETH R., an Infant, by Her Mother and Natural Guardian, RAMONA S., et al., Appellants, v LTD REALTY Co. et al., Respondents, et al., Defendants. (And a Third-Party Action.) [992 NYS2d 434]— .

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered May 28, 2013, which, to the extent appealed from as limited by the briefs, granted defendant LTD Realty Co.'s motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

Defendant established prima facie that the infant plaintiff was cared for at the apartment, during the day, but resided elsewhere, with her parents (*see* Administrative Code of City of NY former § 27-2013 [h] [1], now §§ 27-2056.3, 27-2056.5, 27-2056.6, 27-2056.18; *Juarez v Wavecrest Mgt. Team,* 88 NY2d 628 [1996]; *Hanlan v Parkchester N. Condominium, Inc.,* 32 AD3d 799 [1st Dept 2006]; *Michaud v Lefferts 750, LLC,* 87 AD3d 990 [2d Dept 2011]). In opposition, plaintiffs failed to raise an issue of fact as to the infant's residence at the premises.

We have considered plaintiffs' remaining arguments and find them unavailing. Concur—Sweeny, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.